# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARTHA L. MOREIRA DE SANABRIA,

                              Petitioner,

        v.

FERETI SEMAIA,

                              Respondent.

Case No.  5:26-cv-00527-RGK (RAO)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Dkt. No. 1; Respondent's Answer to the Petition, Dkt. No. 8; Petitioner's Reply, Dkt. No. 9; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 12; and all of the records and files herein.

The time for filing objections to the Report has passed, and no objections have been received.  The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

///

///

IT IS ORDERED that:

(1) The Petition is GRANTED IN PART;

(2) Respondent is ORDERED to release Petitioner from custody within 24 hours of this Order and place her on the same conditions as previously imposed;

(3) Respondent is ORDERED to file a status report substantiating compliance with the Court's order within three days of this Order; and

(4) Petitioner's counsel is DIRECTED to submit any attorney fee application and corresponding billing records within thirty (30) days of this Order, and INSTRUCTING Respondent to file any opposition within fourteen (14) days of Petitioner's attorney fee application.

DATED:  March 16, 2026

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2