JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA L. MOREIRA DE SANABRIA,<br><br>                Petitioner,<br><br>      v.<br><br>FERETI SEMAIA,<br><br>                Respondent. | Case No. 5:26-cv-00527-RGK (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is granted in part.

DATED:  March 16, 2026

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE